## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                        CASE NO.  8:03-cr-302-T-26

JOSEPH SCHAEFER

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination of Supervised Release (Dkt. 638) is denied without prejudice to being renewed after he has obtained the positions of the United States Attorney's Office and the United States Probation Office with regard to his request for early termination of his supervised release.

**DONE AND ORDERED** at Tampa, Florida, on August 28, 2017.

　　　　　　　　　　　　　　　　　　　　　s/*Richard A. Lazzara*
　　　　　　　　　　　　　　　　　　　　**RICHARD A. LAZZARA**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Any *pro se* party
United States Probation