## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:03-cr-302-T-26

JOSEPH SCHAEFER

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION**, it is **ORDERED AND ADJUDGED** that Defendant's *pro se* Reapplication for Early Termination of Supervised Release (Dkt. 640) is denied.  Contrary to Defendant's representation, the Court has been advised that the United States Probation Office does object to the early termination of Defendant's supervise release.

**DONE AND ORDERED** at Tampa, Florida, on December 12, 2017.

 s/*Richard A. Lazzara*
 **RICHARD A. LAZZARA**
 **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
U.S. Probation